UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROOF REVOLUTION, INC., a/a/o
BARRY SULLIVAN,

    Plaintiff,

v.                                              Case No. 2:20-cv-00192-JLB-NPM

METROPOLITAN CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

The parties have reached a settlement. (Doc. 22.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is **DIRECTED** to close the case.

**ORDERED** in Fort Myers, Florida, on November 17, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE